SIEDER *v.* JEROME.

BILLS AND NOTES—DISHONOR—NOTICE.
   In action on promissory note, where testimony shows that indorser was given notice of dishonor, as required by statute (2 Comp. Laws 1929, § 9338), judgment for plaintiff is affirmed, on appeal by indorser.

Appeal from Wayne; Lamb (Fred S.), J., presiding. Submitted January 6, 1932. (Docket No. 37, Calendar No. 36,085.) Decided April 4, 1932.

Assumpsit by Charles P. Sieder against George Jerome and others on a promissory note. Judgment for plaintiff. Defendant Jerome appeals. Affirmed.

*Yerkes, Goddard & McClintock* (*C. Upton Shreve* and *F. W. Donovan*, of counsel), for plaintiff.

*James B. Van Vechten, Jr.* (*Edmund J. Stafford*, of counsel), for defendant Jerome.

FEAD, J. In this action on a promissory note, as the testimony shows that the indorser, Jerome, was given notice of dishonor, as required by statute (2 Comp. Laws 1929, § 9338), judgment for plaintiff is affirmed, with costs.

CLARK, C. J., and McDONALD, POTTER, SHARPE, NORTH, WIEST, and BUTZEL, JJ., concurred.